

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MISC. NO.: 3:09mj235 |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | COMPLAINT |
| GABRIELA LOPEZ | ) | |
| | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Complaint be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Complaint be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 19 day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE