UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES, | ) | No. 3:09cr194 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| GABRIELA LOPEZ, | ) | |
| Defendant | ) | |

Defendant has appealed United States Magistrate Judge David Cayer's Order of November 19, 2009, detaining the Defendant pending trial. The Court has reviewed the record in this case and hereby AFFIRMS the Magistrate's Order in all respects.

IT IS SO ORDERED.

Signed: December 17, 2009

Frank D. Whitney
United States District Judge